UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARK GABRIELE, et al., AS INDIVIDUALS AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-292 WBS KJN<br><br><br>ORDER |

----oo0oo----

The court hereby orders a Status Conference set for August 5, 2019 at 1:30 p.m. in Courtroom 5. No later than July 29, 2019, the parties shall meet and confer a submit a Joint Status Report. The Joint Status Report shall set forth the status of the case, proposed deadlines, each party's position on the extent to which this action overlaps with Hamidi v. Service Employees International Union, Local 1000, 2:14-cv-319 WBS KJN,

1

and each party's position on whether this action should proceed in light of class certification in Hamidi (see 2:14-cv-319 WBS KJN, Docket No. 53). The Joint Status Report shall also address any other issues that the parties think need to be discussed at the August 5, 2019 Status Conference.

IT IS SO ORDERED.

Dated: July 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE