UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARK GABRIELE, et al., AS INDIVIDUALS AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-292 WBS KJN<br><br>ORDER |

----oo0oo----

With the agreement of the parties at the status conference held on August 5, 2019, this matter is STAYED pending resolution of the forthcoming motion to decertify the class in Hamidi v. Service Employees International Union, Local 1000, 2:14-cv-319 WBS KJN. Once the court resolves that motion in Hamidi, the court will set a further status conference in this case.

IT IS SO ORDERED.

Dated: August 5, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE