UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARK GABRIELE, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, et al.,<br><br>Defendants. | No. 2:19-cv-292 WBS KJN<br><br>ORDER |

----oo0oo----

The court previously stayed this case pending resolution of a motion to decertify the class in Hamidi v. Service Employees International Union, Local 1000, No. 2:14-cv-319 WBS KJN. Since that time, the court granted defendant's motion for summary judgment in Hamidi and denied as moot the related motions by the Hamidi defendant to decertify the class and by the Hamidi plaintiff to amend the class certification

1

| | |
|---|---|
| 1 | order.  (Case No. 2:14-cv-319 WBS KJN (Docket No. 160.))  In |
| 2 | light of that development, the stay in this case is hereby |
| 3 | LIFTED.  A status conference in this case is set for February 3, |
| 4 | 2020 at 1:30 p.m.  The parties shall file a joint status report |
| 5 | setting forth the parties' proposals on how this case should |
| 6 | proceed, including proposed deadlines, by January 21, 2020. |
| 7 |      IT IS SO ORDERED. |
| 8 | Dated:  December 27, 2019 |

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE