SCOTT A. KRONLAND (SBN 171693)
JEFFREY B. DEMAIN (SBN 126715)
REBECCA MORYL LEE (SBN 305119)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail:  skronland@altber.com
            jdemain@altber.com
            rlee@altber.com

Attorneys for Defendants
Service Employees International Union and
Service Employees International Union, Local 1000

Additional counsel on signature page

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GABRIELE, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000, *et al.*,<br><br>            Defendants. | CASE NO.:  2:19-cv-00292-WBS-KJN<br><br>**STIPULATION REGARDING BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS; ORDER THEREON**<br><br>Judge:  Hon. William B. Shubb |

1    WHEREAS, Defendants Service Employees International Union and Service

2    Employees International Union, Local 1000 (hereinafter "Defendants") filed a Motion to

3    Dismiss for Lack of Subject Matter Jurisdiction and for Judgment on the Pleadings on

4    Plaintiffs' First Amended Complaint, Docket No. 42-1, on January 24, 2020;

5    WHEREAS, Defendants' pending motion was noticed for hearing on March 9,

6    2020;

7    WHEREAS, under the current briefing schedule, Plaintiffs' opposition to

8    Defendants' motion is due on February 24, and Defendants' reply is due on March 2;

9    WHEREAS, Plaintiffs' counsel has prior litigation commitments that will prevent

10    them from filing their opposition to the pending motion under the current briefing

11    schedule; and

12    WHEREAS, the undersigned parties agree that oral argument on the pending

13    motion is unnecessary, unless it is desired by the Court;

14    THEREFORE, the undersigned parties hereby stipulate and agree as follows,

15    subject to the Court's approval:

16    1.    The current briefing schedule on the motion, and the hearing date of March

17    9, should be vacated;

18    2.    The briefing schedule should be re-set so that Plaintiffs' opposition shall be

19    due on May 11, 2020, and Defendants' reply shall be due on June 8, 2020;

20    3.    No hearing should be scheduled on the motion, which should be submitted

21    on the papers, unless the Court wishes to hear oral argument; and

22    4.    Plaintiff shall not commence discovery in advance of the motion being

23    resolved but reserve their right to argue in opposing the motion that the motion should be

24    denied and they should be permitted to take discovery on the issues raised by

25    Defendants' good faith defense.

26    The foregoing is so stipulated and agreed.

27    ///

28    ///

| | |
|---|---|
| 1 | Dated: January 31, 2020 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated:  January 31, 2020 |
| 9 | |
| 10 | |

1

2   Dated: January 31, 2020   SCOTT A. KRONLAND (SBN 171693)
    JEFFREY B. DEMAIN (SBN 126715)
3   REBECCA MORYL LEE (SBN 305119)
    Altshuler Berzon LLP

4   By: */s/ Jeffrey B. Demain*
              Jeffrey B. Demain

5   *Attorneys for Defendants SERVICE EMPLOYEES*
6   *INTERNATIONAL UNION and SERVICE EMPLOYEES*
    *INTERNATIONAL UNION, LOCAL 1000*

7

8   Dated:  January 31, 2020   Bradford G. Hughes (State Bar No. 247141)
    BHughes@ClarkHill.com
9   CLARK HILL LLP
    1055 W. 7th Street, 24th Floor
10  Los Angeles, California 90017
    Telephone: 213.891.9100
11  Facsimile: 213.488.1178

12  Gregory N. Longworth (Pro Hac Vice)
    GLongworth@ClarkHill.com
13  CLARK HILL PLC
    200 Ottawa NW, Suite 500
14  Grand Rapids, Michigan 49503
    Telephone: 616.608.1100
15  Facsimile: 616.608.1199

16  Daniel J. Dulworth (Pro Hac Vice)
    DDulworth@ClarkHill.com
17  CLARK HILL PLC
    500 Woodward Ave., Suite 3500
18  Detroit, MI 48226
    Telephone: 313. 965.8300
19  Facsimile: 313.965.8252

20  John J. Bursch (Pro Hac Vice)
    JBursch@burschlaw.com
21  BURSCH LAW PLLC
    9339 Cherry Valley Ave. SE, #78
22  Caledonia, MI 49316
    Telephone: 616.450.4235
    Attorneys for Plaintiffs and Proposed Class

23  By: */s/ Bradford G. Hughes*
24   (as authorized on January 30, 2020)

25  *Attorneys for Plaintiffs and Proposed Class*

26

27

28

2

## ORDER

**IT IS SO ORDERED:**

1. The current briefing schedule on the Motion to Dismiss (Docket No. 42), and
   the hearing date of March 9, 2020 is VACATED;

2. The briefing schedule is re-set so that Plaintiffs' opposition shall be due on May 11, 2020, and Defendants' reply shall be due on June 8, 2020;

3. The hearing on the pending Motion to Dismiss (Docket No. 42) is reset for **June 15, 2020 at 1:30 p.m.** in Courtroom 5 (WBS);

4. Plaintiff shall not commence discovery in advance of the motion being resolved but reserve their right to argue in opposing the motion that the motion should be denied and they should be permitted to take discovery on the issues raised by Defendants' good faith defense; and

5. The Status Conference set for February 3, 2020 is VACATED, and a Scheduling Conference is set for **July 20, 2020 at 1:30 p.m.**, in Courtroom 5 (WBS). An amended joint status report shall be filed no later than **July 6, 2020.**

Dated: January 31, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE